A-027-855-169

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TAN MINH VO,

           Petitioner,

v.

WARDEN, ADELANTO ICE DETENTION FACILITY, et al.,

           Respondents..

Case No. 5:26-cv-01467-SVW-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered granting the petition for writ of habeas corpus; (2) Petitioner is to be released immediately subject to reasonable conditions of supervision; and (3) the action is dismissed with prejudice.

Dated: June 2, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE