JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN MINH VO,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN, ADELANTO ICE DETENTION FACILITY, et al.,<br><br>        Respondents.. | Case No. 5:26-cv-01467-SVW-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: June 2, 2026



_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE